**FILED**

MAR 5 - 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TONY DEAN ARBAUGH, JR.,
    Plaintiff,

v.                    Civil No. 2:01cv50

BOARD OF EDUCATION, et al,
    Defendants.

ORDER

It appearing to the Court that the issues in this case have been resolved and the case has been stricken from the docket of this Court, it is therefore ORDERED that the bond posted by the plaintiff in this matter in the amount of one hundred dollars ($100.00) be released by the Clerk and forwarded to counsel for the plaintiff, <u>Jeffrey R. Roth, Esq., 107 Highland Avenue, P.O. Box 458, Petersburg, WV 26847</u>.

Entered: *March 5, 2008*

                                            *Irene M. Keeley*
                                            United States District Judge